## PRATT et al. v. STATE.
### No. 14203.

Court of Criminal Appeals of Texas.

March 11, 1931.

V. Earl Earp, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

524

CALHOUN, J.

Offense, possession of equipment for the manufacture of intoxicating liquor; penalty, one year in the penitentiary.

The record is here without statement of facts or any bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by. the judges of the Court ·of Criminal Appeals and approved by the court.